UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN D. LUSK,<br><br>                   Plaintiff,<br><br>      v.<br><br>E. VALENZUELA, et al.,<br><br>                   Defendants. | Case No. CV 15-6783-JGB (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed Plaintiff's Second Amended Complaint, the Report and Recommendation of the United States Magistrate Judge, and all relevant records. The Court accepts the findings and recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: April 29, 2016

_____
HONORABLE JESUS G. BERNAL
United States District Judge