JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN D. LUSK,<br><br>                    Plaintiff,<br><br>         v.<br><br>E. VALENZUELA, et al.,<br><br>                    Defendants. | Case No. CV 15-6783-JGB (KK)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 29, 2016

HONORABLE JESUS G. BERNAL
United States District Judge